UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 05-21357-CIV-COOK

BARON CAMILO AGASIM-PEREIRA OF FULWOOD,

Plaintiff,

v.

DEPARMENT OF HOMELAND SECURITY,

Defendant.
_____/

## MOTION FOR A CLERK'S ENTRY OF DEFAULT JUDGEMENT

COMES NOW, Defendant **BARON CAMILO AGASIM-PEREIRA OF FULWOOD**, pro se, and hereby submits this MOTION FOR A CLERK'S ENTRY OF DEFAULT JUDGEMENT. In support thereof, the Plaintiff states as follows:

1. This matter was filed by the Plaintiff in May 18th, 2005, served upon the Defendant on the 24th of May, 2005 as per Affidavit of Service attached from the process server Roland Gonzales, duly notarized and date of 26th of May, 2005.

2. Even after being server the Defendant and/or his attorneys have fail to answer or otherwise respond to the complaint after more than 30 days since service.



WHEREFORE, Plaintiff **BARON CAMILO AGASIM-PEREIRA OF FULWOOD**, pro se, respectfully requests that the Clerk of Court enter a Default Judgment against the Plaintiff The Department of Homeland Security.

8TH OF June, 2005

Respectfully submitted,

_____
**BARON CAMILO AGASIM-PEREIRA OF FULWOOD**, pro se
1955 NE 208 TERRACE,
MIAMI FL 33179
LORDFULWOOD@HOTMAIL.COM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF FLORIDA

BARON CAMILO AGASIM-
PEREIRA OF FULWOOD

Plaintiff

v.                                         Case No. 05-21357

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY

Defendant

### Affidavit of Service

I, Roland Gonzales, certify that on May24 05 at 0133p I executed service of process upon United States Department of Homeland Security by serving Angelique Tatum, Administrator who state she was authorized to accept service of process for the Defendant at the following address:

Location:    1300 PENNSYLVANIA AVE NW
             WASHINGTON DC 20229

By handing to Angelique Tatum a copy of the Complaint for Injunctive Relief and Attachments

The undersigned hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do further affirm I am a competent person over 18 years of age and not a party to this matter.

Signature _____      Date: 5/26/05
Roland Gonzales
Process Server
P.O. Box 2396
Columbia, MD 21045
800-228-0484

Subscribed and sworn before me this 26th day of _____, 2005

_____
Notary Public

ADAM H. PARKER
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires February 20, 2008