UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 05-21357-CIV-COOK

BARON CAMILO AGASIM-PEREIRA OF
FULWOOD,

   Plaintiff,

v.

DEPARMENT OF HOMELAND SECURITY,

   Defendant.
_____/

## MOTION FOR A ORDER TO COMPEL PRODUCTION OF DOCUMENTS

COMES NOW, Defendant **BARON CAMILO AGASIM-PEREIRA OF FULWOOD**, pro se, and hereby submits this MOTION FOR A ORDER TO COMPEL PRODUCTION OF DOCUMENTS. In support thereof, the Plaintiff states as follows:

1. This matter was filed by the Plaintiff in May 18th, 2005.

2. The Plaintiff requested and the Clerk of the Court Issued a Subpoena to Major Fernando Mendez and Detective Richard Hayward of the Miami-Dade Police Department Criminal Intelligence Bureau , hereafter refer to as " MDPD " on the 21st$^{th}$ of May, 2005 ( A copy of the Subpoena and signed United States Postal Service Delivery Notice is here attached marked as annex A and B respectively.) The target of the Subpoena MDPD was server with the Subpoena on 1st of June, 2005, MDPD has failed to produce the

documentations requested or applied for this Honorable Court to quash the Subpoenas under Rule 45(2).

3. Plaintiff has sent a notice that MDPD was in breach of the Subpoena and telephonic contact has failed to reach the parties and message went unanswered.

4. The documents requested are paramount for the preparation of this case and Plaintiff has reason to believe that the fail of the MDPD to produce the documentations requested is due to the illegality of its investigations for it self or on behalf of another Agency.

5. Plaintiff moves for the Court to compel MDPD to produce the documentations subpoenaed from them and to find that MDPD in breach of Rule 45 of Federal Rules of Civil Procedure and to grant an Order of Cost for the time wasted due to Defendant total disregard to a Federal Subpoena signed by The Clerk of the Court, the Miami-Dade Police Department should and shall not be above the Laws of the Land.

WHEREFORE, Plaintiff **BARON CAMILO AGASIM-PEREIRA OF FULWOOD**, pro se, respectfully requests that this Motion be granted for the reasons stated.

8TH OF June, 2005

Respectfully submitted,

_____
**BARON CAMILO AGASIM-PEREIRA OF FULWOOD**, pro se
1955 NE 208 TERRACE,
MIAMI FL 33179
LORDFULWOOD@HOTMAIL.COM

2



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copies of the foregoing was mailed on this 8th day of July, 2005 to:

Major Fernando Mendez
Miami-Dade Police Department Criminal Intelligence Bureau
9105 NW 25th Street
Miami FL 33172-1500

Detective Richard Hayward
Miami-Dade Police Department Criminal Intelligence Bureau
9105 NW 25th Street
Miami FL 33172-1500

_____
**BARON CAMILO AGASIM-PEREIRA OF FULWOOD**, pro se
1955 NE 208 TERRACE,
MIAMI FL 33179
LORDFULWOOD@HOTMAIL.COM

A

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**OFFICE OF THE DISTRICT COUNSEL**
**MIAMI, FLORIDA**

$AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

*SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY*

BARON CAMILO AGASIM-PEREIRA OF FULWOOD

V.

THE DEPARTMENT OF HOMELAND SECURITY

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-21357-CIV-COOKE

TO: CHIEF COUNSEL, ICE- IMMIGRATION AND CUSTOMS ENFORCEMENT
333 S. MIAMI AVE SUITE 200, MIAMI FL 33130

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

PLAINTIFF IS ALSO KNOWN AS CAMILO PEREIRA, ANY "BORDER WATCH" ORDERS CONCERNING THE PLAINTIFF ISSUE BY YOUR AGENCY OR ANY OTHER AGENCY FOR WHICH YOU ACTE FOR, ANY CORRESPONDENCE, MEMO, NOTES CONCERNING SUCH BORDER WATCH, ANY NOTES OF COMMUNICATION BETWEEN YOURSELF AND ANY OTHER AGENCY OR AGENCIES, MORE SPECIFICY BETWEEN YOUR FIELDS OFFICE AND ASST. DIRECTOR TERESA J. VERGES OF THE SECURITY AND EXCHANGE COMMISSION MIAMI OFFICE, ANY COURT OR ADMINISTRATIVE ORDER THAT CAUSE A BORDER WATCH TO BE IN PLACE, IF NO SUCH ORDER EXIST, UNDER WHOS AUTHORITY WERE THOSE ORDER PLACE AND WHAT WERE THE LEGAL BASE OR BASES FOR IT. COPY OF ANY ORDER REQUESTING THE SUSPENSION OF SUCH BORDER WATCH. ANY WARRANTS, AND/OR BRIEF TO OBTAIN SUCH WARRANT OR WARRANTS.

| PLACE BY MAIL TO 1955 NE 208 TERRACE, MIAMI FL 33179, THIS SUBPOENA IS A REPLACEMENT OF ONE SERVER ON FRIDAY 27 OF MAY 2005, THAT HAD A WRONG DATE ON IT, IT SHOULD HAVE READ JUNE 10, 2005, INSTEAD OF MAY 10, 2005 | DATE AND TIME NO LATER THAN JUNE 13, 2005 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| UNITED STATES DISTRICT COURT | 5/31/2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER OF FLORIDA

By: _____
Deputy Clerk

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

| Issued by the | U.S. DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| UNITED STATES DISTRICT COURT | OFFICE OF THE DISTRICT COUNSEL MIAMI, FLORIDA |

——————— DISTRICT OF ———————

BARON CAMILO AQASIM-PEREIRA of FULWOOD
305-2440066
V.
DEPT. of HOMELAND SECURITY

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 05-21357-CIV-COOKE

TO: ICE - IMMIGRATION AND CUSTOMS ENFORMENT AGENY
OFFICE OF CHIEF CONSEL
333 S. MIAMI AVE, SUITE 200 MIAMI FL 33130

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ PLAINTIFF IS ALSO KNOWN AS "CAMILO PEREIRA"
YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): ANY "BORDER WATCH" ORDERS, ISSUE BY ICE OR ANY OTHER AGENCY WHICH ICE ACTED FOR, ANY CORRESPONDENCE BETWEEN ICE AND SEC (SECURITIES AND EXCHANGE COMMISSION) ASST. DIRECTOR TERESA VERGES ON THE MONTHS OF MAY 2005, OR ANY OTHER DOCUMENT RELATED TO THE PLAINTIFF RELATED TO ANY LAWSUIT OR INVESTIGATION.

| PLACE BY POST TO P.O. BOX 4066, HALLANDALE FL 33008 | DATE AND TIME BY NO LATER THAN 10 OF JUNE 2005 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)
CLARENCE MADDOX
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA   BARON CAMILO AQASIM-PEREIRA of FULWOOD

DATE 5/27/05

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
By: _____ Deputy Clerk